**Order entered October 1, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00544-CR

**KENDRICK JERON ANDERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 068569**

## ORDER

Before the Court is appellant's September 30, 2019 third motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before October 7, 2019. We caution appellant that the failure to file his brief by that date may result in the appeal being abated for a hearing under rule 38.8(b)(3).

/s/ CORY L. CARLYLE
   JUSTICE